**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leo Rickey EVANS, a.k.a. Lemon Head, a.k.a. Paper, Defendant–Appellant.**

**No. 11–50463.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.[*]

Filed Nov. 19, 2012.

Mack Jenkins, Curtis A. Kin, Esquire, Assistant U.S., Christopher Khoo Pelham, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Leo Rickey Evans, Indian Springs, NV, pro se.

David Robert Reed, I, Esquire, Law Offices of David Robert Reed, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

* The panel unanimously concludes this case is    suitable for decision without oral argument.

702

MEMORANDUM **

Leo Rickey Evans appeals from his guilty-plea conviction and 192–month sentence for Racketeer Influenced and Corrupt Organizations conspiracy, in violation of 18 U.S.C. § 1962(d); and conspiracy to possess with intent to distribute at least five grams of cocaine base, in violation of 21 U.S.C. §§ 841(a), (b)(1)(A), and 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Evans's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Evans with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This *disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

